**Dismissed and Opinion Filed November 12, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00631-CV

### IN THE INTEREST OF A.M.G., A CHILD

**On Appeal from the 330th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-17563**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Reichek, and Carlyle
Opinion by Justice Pedersen, III

Appellant's brief in this appeal from the trial court's order on suit to modify parent-child relationship is overdue. By postcard dated October 10, 2019, we cautioned appellant that failure to file his brief within ten days would result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, the brief has not been filed. Accordingly, we dismiss the appeal. *See id.* 38.8(a)(1), 42.3(b),(c).

/Bill Pedersen, III//
BILL PEDERSEN. III
JUSTICE

190631f.p05



# Court of Appeals
# Fifth District of Texas at Dallas
## JUDGMENT

IN THE INTEREST OF A.M.G., A CHILD

No. 05-19-00631-CV

On Appeal from the 330th Judicial District Court, Dallas County, Texas
Trial Court Cause No. DF-15-17563.
Opinion delivered by Justice Pedersen, III, Justices Reichek and Carlyle participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

Judgment entered this day of November 12, 2019.